1  Bradley J. Swingle, SBN 171535
   File No. 10408
2  **ARATA, SWINGLE, VAN EGMOND & HEITLINGER**
   **A Professional Law Corporation**
3  1207 I Street
   Post Office Box 3287
4  Modesto, California 95353
   Telephone: (209) 522-2211
5  Facsimile: (209) 522-2980

6  Attorneys for Defendants
   CITY OF ATWATER, LORI WATERMAN, CHIEF MICHAEL SALVADOR,
7  OFFICER EVAN PITNEY and ATWATER POLICE DEPARTMENT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA LEE RAHN, | Case No.: 1:21-cv-01712-DAD-SKO |
| Plaintiff, | |
| v. | **JOINT STIPULATION AND ORDER TO CONTINUE DEADLINE TO RESPOND TO COMPLAINT** |
| CITY OF ATWATER; LORI WATERMAN; CHIEF MICHAEL SALVADOR; OFFICER EVAN PITNEY; ATWATER POLICE DEPARTMENT; and DOE 1 to 50, | (Doc. 4) |
| | **Honorable Dale A. Drozd** |
| Defendants. | |
| _____/ | |

    Defendants CITY OF ATWATER, LORI WATERMAN, CHIEF MICHAEL SALVADOR,

OFFICER EVAN PITNEY and the ATWATER POLICE DEPARTMENT ("Defendants") and

Plaintiff SANDRA LEE RAHN ("Plaintiff"), through their respective counsel, hereby agree and

stipulate that Defendants' responsive pleading shall be filed on or before January 20, 2022.

Dated: December 27, 2021.            LAW OFFICES OF MOORAD, CLARK & STEWART

JOINT STIPULATION AND [PROPOSED] ORDER TO
CONTINUE DEADLINE TO RESPOND TO COMPLAINT - 1

|  | By  *Lawrence T. Niermeyer* |
|---|---|
|  | LAWRENCE T. NIERMEYER |
|  | Attorneys for Plaintiff |
|  | SANDRA LEE RAHN |

//

| Dated: December 27, 2021. | ARATA, SWINGLE, VAN EGMOND & HEITLINGER |
|---|---|
|  | A Professional Law Corporation |

|  | By  *Bradley J. Swingle* |
|---|---|
|  | BRADLEY J. SWINGLE |
|  | Attorneys for Defendants |
|  | CITY OF ATWATER, LORI WATERMAN, |
|  | CHIEF MICHAEL SALVADOR, |
|  | OFFICER EVAN PITNEY and |
|  | ATWATER POLICE DEPARTMENT |

### **ORDER**

Pursuant to the parties' above stipulation (Doc. 4), and for good cause shown, IT IS HEREBY ORDERED that Defendants' responsive pleading shall be filed on or before January 20, 2022.

IT IS SO ORDERED.

Dated:  **December 30, 2021**          /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE

JOINT STIPULATION AND [PROPOSED] ORDER TO
CONTINUE DEADLINE TO RESPOND TO COMPLAINT - 2